# Order

Michigan Supreme Court
Lansing, Michigan

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138920(81)

BRANDON BRIGHTWELL,
      Plaintiff-Appellant,

v

FIFTH THIRD BANK OF MICHIGAN,
      Defendant-Appellee.
_____

SC: 138920
COA: 280820
Wayne CC: 07-718889-CZ

SHARON CHAMPION,
      Plaintiff-Appellant,

v

FIFTH THIRD BANK OF MICHIGAN,
      Defendant-Appellee.
_____

SC: 138921
COA: 281005
Wayne CC: 07-718890-CZ

On order of the Chief Justice, the motion by defendant-appellee for extension to December 11, 2009 of the time for filing its brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk